Decided September 9, 1999

MIDDLETOWN COMMERCIAL ASSOCIATES LIMITED PARTNERSHIP ET AL. *v.* CITY OF MIDDLETOWN ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 53 Conn. App. 432 (AC 17078), is denied.

*Thomas B. Witherington* and *Wesley W. Horton*, in support of the petition.

*Robert M. Barrack* and *Daniel P. Scapellati*, in opposition.

Decided September 9, 1999